# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2965
_____

CDC CAPITAL INVESTMENTS,
LLC, as Trustee,

    Appellant,

    v.

FREEDOM MORTGAGE
CORPORATION, et al.,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

July 22, 2019

PER CURIAM.

AFFIRMED. *Tramontana v. Bank of New York Mellon*, 230 So. 3d 601 (Fla. 2d DCA 2017); *Snowden v. Wells Fargo Bank*, 172 So. 3d 506 (Fla. 1st DCA 2015).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ian P. Hudson of King Hudson PLLC, St. Petersburg, for Appellant.

Cynthia L. Comras, David Rosenberg, and Jarrett Cooper of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.